# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **STEPHEN BRANCH** *Plaintiff,* : : : : : | CIVIL ACTION |
| v. : : : | No.   20-2323 |
| **TEMPLE UNIVERSITY, et al.** *Defendants.* : : : |  |

## ORDER

**AND NOW**, this **24ᵗʰ** day of **February 2021**, upon consideration of Plaintiff's Motion to Quash Defendants' Six (6) Subpoenas Duces Tecum and/or For A Protective Order (ECF No. 37), it is hereby **ORDERED t**hat Plaintiff's Motion to Quash Defendants' Six (6) Subpoena Duces Tecum and/or For A Protective Order (ECF No. 37) is **GRANTED**. Defendants are hereby precluded from serving the six (6) Subpoenas Duces Tecum attached to Plaintiff's Motion.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**