# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN BRANCH,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | **No. 20-2323** |
| **TEMPLE UNIVERSITY et al.,** *Defendants.* | : : : | |

## ORDER

**AND NOW**, this **7th** day of **July 2021**, upon consideration of the Defendants' Motion to Preclude the Expert Testimony of Chad Staller (ECF No. 64), Plaintiff's Response in Opposition (ECF No. 70), and Defendants' Reply (ECF No. 74) it is hereby **ORDERED** that the motion (ECF No. 64) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's expert witness Chad Staller is precluded from testifying at trial regarding his lost front pay calculations and tuition remission calculation, and Plaintiff shall not make use of or any reference to those portions of Mr. Staller's report at trial. Mr. Staller will be permitted to testify regarding his lost back pay calculations and Plaintiff can make use of those portions of his report at trial.

**BY THE COURT:**

**/s/ Chad F. Kenney**
_____
**CHAD F. KENNEY, JUDGE**
