# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN BRANCH,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **No. 20-2323** |
| | : | |
| **TEMPLE UNIVERSITY et al.,** | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this **12th** day of **August 2021**, upon consideration of the Defendants' Motion for Summary Judgment (ECF No. 65), Plaintiff's Response in Opposition (ECF No. 71), and Defendants' Reply (ECF No. 74), it is hereby **ORDERED** that the Motion (ECF No. 65) is **DENIED.**

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**