UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-3099
_____

STEPHEN BRANCH,
          Appellant

v.

TEMPLE UNIVERSITY; SEAN OUNAN; SHARON BOYLE

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-20-cv-02323)
District Judge: Hon. Chad F. Kenney

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
May 17, 2023

_____

Before: CHAGARES, *Chief Judge*, GREENAWAY, JR., PHIPPS, *Circuit Judges*.

_____

JUDGMENT

_____

  This cause came to be considered on the record on appeal from the United States District Court for the Eastern District of Pennsylvania and was submitted on May 17, 2023. On consideration whereof, it is now hereby

  ORDERED and ADJUDGED by this Court that the judgment of the United States District Court for the Eastern District of Pennsylvania entered on November 1, 2021, is hereby AFFIRMED. Costs will be taxed against Appellant. All of the above in

accordance with the Opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: June 13, 2023

Costs taxed in favor of Appellees Sharon Boyle, Sean Ounan and Tempe University as follows:

| | |
|---|---|
| Brief | $54.00 |
| Appendix | $219.00 |
| TOTAL | $273.00 |

Certified as a true copy and issued in lieu of a formal mandate on July 6, 2023

Teste:

**Clerk, U.S. Court of Appeals for the Third Circuit**